UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX PACIFICO, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br> - against –<br><br>MIDLAND CREDIT MANAGEMENT, INC. and JOHN AND JANE DOES 1-10,<br><br>        Defendant(s). | Docket No: 2:21-cv-203<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE COURT:**

  **PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Midland Credit Management, Inc. ("Defendant") hereby gives notice of the removal of this action from the Supreme Court of the State of New York, County of Suffolk, where it is now pending, to the United States District Court for the Eastern District of New York. In support of this Notice of Removal, Defendant states that:

  1. Plaintiff filed a Summons and Complaint in this action styled *Alex Pacifico, on behalf of himself and all others similarly situated v. Midland Credit Management, Inc. and John and Jane Does 1-10.*, bearing Index No. 619392/2020 before the Supreme Court of the State of New York, County of Suffolk. A copy of the Summons and Complaint is annexed hereto as Exhibit A.

  2. Defendant received notice of the Summons and Complaint on or about December 15, 2020.

  3. The Summons and Complaint alleges, in sum and substances, that the Defendant violated the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.*. Accordingly,

this action may be removed pursuant to 28 U.S.C. § 1441 as this Court has federal question jurisdiction under 28 U.S.C. §1331.

4. Additionally, the Court has supplemental jurisdiction over any state law claims, to the extent such claims exist, pursuant to 28 U.S.C. § 1367.

5. This Notice of Removal is timely filed within thirty (30) days after Defendant first received a copy of the initial pleadings setting forth the claims for relief and existence of federal questions jurisdiction. 28 U.S.C. §1446(b); *See Boone v. Thane,* 07-CV-4358 (SLT)(VVP), 2009 WL 910556 at *2 (E.D.N.Y. March 31, 2009); *citing Fernandez v. Hale Trailer Brake & Wheel,* 332 F.Supp.2d 621, 624 (S.D.N.Y. 2004).

6. A civil cover sheet accompanies this Notice of Removal.

7. Written notice of this Notice of Removal will be filed in the Supreme Court of the State of New York, County of Suffolk.

**WHEREFORE,** Defendant Midland Credit Management, Inc. respectfully requests that this action be removed from the Supreme Court of the State of New York, County of Suffolk to the United States District Court for the Eastern District of New York.

Dated: New York, New York
January 14, 2021

HINSHAW & CULBERTSON LLP
*Attorneys for Defendant*
*Midland Credit Management, Inc.*

By: *s/Dana B. Briganti*
Dana B. Briganti
800 Third Avenue, 13th Floor
New York, NY 10022
Tel: (212) 471-6200
Fax: (212) 935-1166
Email: dbriganti@hinshawlaw.com

TO: Simon Goldenberg
LAW OFFICE OF SIMON GOLDENBERG PLLC
818 East 16th Street
Brooklyn, New York 11230

Telephone: (347) 640-4357
E-mail: simon@goldenbergfirm.com

3

1037582\307203019.v1